UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEETA RAM,

   Plaintiff,

  v.

SUN COUNTRY AIRLINES,

   Defendants.

Case No. 25-cv-02007-EMC

**ORDER TO SHOW CAUSE**

  Parties were given due notice of the case management conference held on March 3, 2026. Counsel for Plaintiff failed to appear. The Courtroom Deputy sent an email to the parties on 2/26/2026, advising Plaintiff's counsel that he was to appear at the Further Case Management Conference on 3/3/2026, and that he was not relieved of counsel until the Court grants the motion to withdrawal. On 2/27/2026, the Court received a response from Yaqui Zuniga, Paralegal at the Law Office of J. Chrisp, stating "Understood, thank you." Plaintiff's counsel was copied on the email. The Court hereby orders Plaintiff to Show Cause as to why Plaintiff's counsel should not be sanctioned for failure to appear. Plaintiff shall respond by March 12, 2026.

  Plaintiff's counsel is ordered to appear on time for a Further Case Management Conference and hearing on counsel's motion to withdraw on 3/17/2026.

  **IT IS SO ORDERED**.

Dated: March 5, 2026

_____

EDWARD M. CHEN

United States District Judge