UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEETA RAM, | Case No. 25-cv-02007-EMC |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SUN COUNTRY AIRLINE, | Docket No. 34 |
| Defendant. | |

Previously, the Court issued an order to show cause because Plaintiff Neeta Ram failed to appear at a case management conference which was held after the Court granted her counsel's motion to withdraw.  In its order, the Court instructed Ms. Ram to show cause as to why she failed to appear for the case management conference and why her case should not be dismissed, without prejudice, for failure to prosecute.  The Court expressly warned Ms. Ram that, if she did not file a response to the order to show cause by the deadline specified, then she would run the risk that the Court would dismiss her case, without prejudice, based on her failure to prosecute.

Ms. Ram has failed to file a response to the order to show cause within the deadline specified.  The Court, therefore, dismisses her case without prejudice based on her failure to prosecute.  *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

The Clerk of the Court is instructed to enter a final judgment in accordance with the above and close the file in the case.

**IT IS SO ORDERED**.

Dated: July 8, 2025

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California